# United States District Court
## Southern District of Georgia

TAVARRES J. HENDERSON,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 117-177

RICHARD ROUNDTREE, Sheriff,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated March 5, 2018 adopting the Report and Recommendation as the opinion of the Court, that Petitioner's motions to submit legal documents, to Amend/Correct Petition, and Motion for Grand Jury Subpoena are denied as moot. Petitioner's petition is dismissed without prejudice, and this case stands closed.



| 3/5/2018 | | Scott L. Poff |
|---|---|---|
| Date | | Clerk |

*Jamie Hodge*
(By) Deputy Clerk